[No. 39373-1-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD
BURGESS III, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-02134-4, Richard A. Jones, J., entered
August 30, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 39621-8-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
CHARLES GLASSON II, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-06668-2, Bobbe J. Bridge, J., entered
October 3, 1996. *Remanded* by unpublished per curiam
opinion.

[No. 40049-5-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SOMSACK
MIKE KAEODALA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-06612-7, Richard A. Jones, J., entered
December 18, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 15084-4-III.    Division Three.    July 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GABINO
PEREZ CANO, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 95-1-00259-1, Heather K. Van Nuys,
J., entered July 21, 1995. *Affirmed in part, reversed in
part,* and *remanded* by unpublished opinion per Kurtz, J.,
concurred in by Sweeney, C.J., and Brown, J.